

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00064-CV

**MOSES RAMIREZ,**

                **Appellant**

 **v.**

**RODNEY VAUGHN,**

                **Appellee**

**From the 66th District Court
Hill County, Texas
Trial Court No. 42328**

## MEMORANDUM  OPINION

Appellant, Moses Ramirez, appealed the trial court's Order of Dismissal for Want of Prosecution signed on November 9, 2009.  By letter dated March 15, 2010, the Clerk of this Court notified Ramirez that no docketing statement had been filed and gave Ramirez an additional 21 days to file the docketing statement.  By letter dated March 23, 2010, the Clerk of this Court also notified Ramirez that he must pay or make arrangements to pay the clerk's fee and notify the Court of the actions taken within 21 days from the date of the letter.

When more than 21 days passed and no docketing statement was filed and the Court received no notification of Ramirez's actions in paying or making arrangements to pay for the clerk's fee, the Clerk warned Ramirez by letter dated April 15, 2010 the appeal would be dismissed without further notice unless, within 21 days of the date of the letter, a docketing statement was filed and notification of Ramirez's actions regarding the clerk's fee was provided to the Court. More than 21 days have passed, and we have not received a docketing statement or notification of Ramirez's actions.

Accordingly, this appeal is dismissed. Tex. R. App. P. 42.3(b) & (c); 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed May 19, 2010
[CV06]